IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES WILSON, )
)
    Plaintiff, )
) Civil Action No. 11-51 Erie
        v. )
)
RAYMOND SOBINA, )
)
    Defendant. )

MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on February 28, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 13], filed on June 7, 2011, recommended that the case be dismissed for failure to prosecute. Plaintiff was allowed fourteen (14) days from the date of service to file objections and service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of June, 2011;

IT IS HEREBY ORDERED that the Plaintiff's case is DISMISSED for failure to prosecute.

The Report and Recommendation [ECF No. 13] of Magistrate Judge Baxter, filed on June 7, 2011, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

1

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge